RECEIVED

2010 DEC 16  P 3: 28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA-SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONA MILLER

        Plaintiff,

v.

BANKERS LIFE AND CASUALTY COMPANY

        Defendant.

CASE NO. 5;10-CV-05343

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jason A. Walters, whose business address and telephone number is Bradley Arant Boult Cummings LLP, 1819 Fifth Avenue North, Birmingham, Alabama 35203; 205-521-8000

and who is an active member in good standing of the bar of the Northern District of AL having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Bankers Life and Casualty Company

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/3/11

_____
United States District Judge