Glenn R. Kantor (SBN 11264)
E-Mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
MONA MILLER

**E-Filed 2/10/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

MONA MILLER,

    Plaintiff,

vs.

BANKERS LIFE AND CASUALTY COMPANY; ROYA MOHAMMADI and DOES 1-20,

    Defendants.

CASE NO: C 10 05343-JF

[PROPOSED] ORDER TO DISMISS DEFENDANT ROYA MOHAMMADI WITHOUT PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed as to Defendant ROYA MOHAMMADI, without prejudice. Each party shall bear its own fees and costs.

DATED: 2/10/2011

_____
HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

---

Case No. C 10-05343 JF
[PROPOSED] ORDER TO DISMISS DEFENDANT
ROYA MOHAMMADI WITHOUT PREJUDICE