Andrew B. Downs (SBN 111435)
Judith A. Whitehouse (SBN 198176)
BULLIVANT HOUSER BAILEY P.C.
601 California Street
Suite 1800
San Francisco, CA 94108-2823
415.352.2700
415.352.2701 (fax)
andy.downs@bullivant.com
judith.whitehouse@bullivant.com

Jason A. Walters (admitted *pro hac vice*)
Darrell C. Tucker, II (admitted *pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
205.521.8000
205.521.8800 (fax)
jwalters@babc.com
dtucker@babc.com

*Attorneys for Defendant*
BANKERS LIFE & CASUALTY COMPANY

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MONA MILLER,** )<br>)<br>  **Plaintiff,** )<br>)<br>  vs. )<br>)<br>**BANKERS LIFE AND CASUALTY** )<br>**COMPANY,** )<br>  **Defendant.** )<br>) | **CIVIL ACTION NO.: 5:10-cv-05343-JF**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |

Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated, by and between plaintiff Mona Miller and defendant Bankers Life and Casualty Company, by and through their respective counsel of record, that the Court may make and enter its Order dismissing this action in its entirety with

1
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1/2184365.1

prejudice, each party to bear its own costs and fees.

DATED June 21, 2011.         KANTOR & KANTOR, LLP

                             By: s/Glenn Kantor
                                 Glenn R. Kantor

                                 Counsel for Plaintiff Bonnie McFarren

DATED June 21, 2011.         BRADLEY ARANT BOULT CUMMINGS LLP

                             By: s/Jason Walters
                                 Jason A. Walters (admitted *pro hac vice*)
                                 Darrell C. Tucker (admitted *pro hac vice*)

                                 BULLIVANT HOUSER BAILEY PC
                                 Andrew B. Downs
                                 Judith A. Whitehouse

                                 Counsel for Defendant Bankers Life and Casualty Company

2
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1/2184365.1

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2   DATED: ___6/23_____, 2011.

---

The Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE